679 A.2d 652

MARK SHERMAN, ON BEHALF OF HIMSELF AND
ALL OTHERS SIMILARLY SITUATED v.
CITIBANK (SOUTH DAKOTA), N.A.

July 22, 1996.

## ORDER ON REMAND

This Court having issued a judgment reversing the judgment below, 143 *N.J.* 35, 668 *A.*2d 1036 (1995), and the Supreme Court of the United States having entered an order vacating that judgment and remanding the matter to the Court for further consideration in light of *Smiley v. Citibank (South Dakota), N.A.,* 517 *U.S.* ——, 116 *S.Ct.* 1730, 135 *L.Ed.*2d 25 (1996), and good cause appearing;

IT IS ORDERED that the judgment of the Appellate Division, reported at 272 *N.J.Super.* 435, 640 *A.*2d 325 (1994), is hereby reinstated for the reasons expressed in *Smiley, supra.*